## Office of the Standing Chapter 13 Trustee

Thomas D. Powers
105 Decker Ct
Suite 1150 11Th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**Debtor:** MORRIS COE JR
**Date:** 10/10/2019
**Case #:** 19-32986-HDH-13        **1st Payment Date:** 10/03/2019

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

NOTICE IS HEREBY GIVEN to the herein named Debtor and Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 Case for dismissal for the following reasons(s):

( X )  Debtor's Authorization for Adequate Protection Disbursements was not filed within 14 days of the Petition Date (See also Paragraph 3b of General Order 2017-01 below).

( X )  Debtor failed to file the following documents required by Sections 521(a)(1) and/or 521(b) of the Bankruptcy Code within 14 days of the filing of the Petition date (See also Paragraph 3a of General Order 2017-01below):

   ( X )  A list of Creditors.

   ( X )  Debtor's Schedules (A-J) were not filed within 14 days of the Petition Date.

   ( X )  Debtor's Statement of Financial Affairs was not filed within 14 days of the Petition Date.

   ( X )  Copies of all payment advices or other evidence of payment received within 60 days before the filing of the Petition, by the debtor from any employer of the debtor were not filed.

   ( X )  A statement of current monthly income.

General Order 2017-01 Section 3 provides:

**"DISMISSAL WITHOUT FURTHER NOTICE**. A Case may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsection "a", "b", "c", "d-1", "d-2", "d-3", or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

   (a)  The Debtor did not file all documents required by Sections 521(a)(1) and 521(b) of the Bankruptcy Code Within 14 days of the Petition Date or Conversion Date, unless within such time the Debtor filed a motion to extend such time or, if an extension is granted, such documents are not filed within the extended time.

Case No: 19-32986-HDH-13
Debtor Name: MORRIS COE JR
Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal, Page 2

(b) The Debtor did not file with the petition or serve on all scheduled creditors (or to be scheduled creditors if the schedules have not yet been filed), a Plan as required by Section 1321 of the Bankruptcy Code and Bankruptcy Rule 3015(b) and an Authorization for Adequate Protection Disbursement as required herein on forms prescribed by the Trustee within 14 days of the Petition Date, unless within such time(s) the Debtor filed with the Clerk and served on all scheduled creditors (or to be scheduled creditors) a motion to extend such time(s) or, if an extension of time is granted, such documents are not filed within the extended time.

**This case is subject to dismissal 7 days from the filing of this notice with the Court. If the above paperwork has already been filed, please fax a copy to the Trustee's Office at (214) 965-0754 to avoid dismissal of the case. Pursuant to Section 3, Paragraph b of General Order 2017-01, a copy of the paperwork must be served on the Trustee. This Notice of Intent will not be withdrawn unless the requested paperwork is received.**

**Case No: 19-32986-HDH-13**
**Debtor Name: MORRIS COE JR**
**Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal, Page 3**

# Certificate of Service

Mailed herein to the named Debtor and Debtor's Attorney at the address listed below or by electronic service on October 10, 2019

By:    Celeste Barbeau
      105 Decker Ct, Suite 1150 11Th Floor, Irving, TX  75062
      (214) 855-9200

| | |
|---|---|
| Debtor: | Morris Coe Jr, 6709 Meade Drive, Colleyville, Tx  76034 |
| Creditor(s): | Mackie Wolf Zientz And Mann Pc, Parkway Office Center Suite 900, 14160 North Dallas Parkway, Dallas, Tx  75254** |
| | Mccarthy & Holthus Llp, 1255 West 15Th Street Suite 1060, Plano, Tx  75075** |
| | Synchrony Bank, Pra Receivables Management, Po Box 41021, Norfolk, Va  23541 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.